UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES BURRESS, | ) | CASE NO. 1:25-cv-00062 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| PROGRESSIVE PREMIER | ) | **ORDER OF DISMISSAL** |
| INSURANCE COMPANY OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

On November 17, 2025, the parties notified the Court that they have reached a settlement agreement of all claims on an individual basis. Accordingly, the docket shall be marked "dismissed without prejudice." On or before January 2, 2026, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

**IT IS SO ORDERED.**

Date: November 18, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE